closed

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ART'S MARKET and SUSHMINDER JEET KAUR-PANDHER, as Owner <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendants. | No. 2:21-cv-07127-JFW-ADSx <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Honorable John F. Walter <br> United States District Judge |

The Court, having considered the Parties' Stipulation for Dismissal (Dkt. No. 33), HEREBY ORDERS that this action, 2:21-cv-07127-JFW-ADS, is dismissed in its entirety with prejudice, with each party to bear its own costs, fees, and expenses including attorneys' fees.

IT IS SO ORDERED.

DATED: March  8, 2022

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE